UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>GLOBAL ONLINE DIRECT INC., et al.,<br><br>    Defendant(s). | No. C08-80143 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

The pending discovery motions have been referred to me but no chambers copies were received. **IT IS THEREFORE ORDERED** that a telephone conference to discuss the outstanding discovery disputes is scheduled for **Friday, October 3, 2008 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: September 23, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SEC V. GLOBAL ONLINE\TELE CONF. 1.wpd

1