FILED
OCT 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff(s),<br><br>      v.<br><br>GLOBAL ONLINE DIRECT INC., et al.,<br><br>            Defendant(s). | No. C08-80143 SBA (BZ)<br><br>**SCHEDULING ORDER** |

Two motions filed by the Receiver, a Motion to Compel Compliance with Subpoenas for Production of Documents and for Depositions and a Motion for an Order to Show Cause Why a Contempt Citation Should Not Be Issued, were referred to me by Judge Armstrong. An effort to resolve them informally was unsuccessful as the witnesses failed to participate in a telephone conference. **IT IS THEREFORE ORDERED** as follows::

   1. Both motions shall be heard on **Wednesday, October 29 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1     2.   Any opposition shall be filed by **October 15, 2008**; and

3     3.   Any reply shall be filed by **October 22, 2008**.

The Receiver shall serve this Order on the witnesses immediately and file a proof of service.

Dated: October 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SEC V. GLOBAL ONLINE\Briefing OrderBZ.wpd