**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

      Plaintiff(s),

  v.

GLOBAL ONLINE DIRECT, INC., et al.,
      Defendants.
_____

No. C 08-80143 SBA (BZ)

**ORDER**

This matter comes before the Court on the Order to Show Cause why Stephen L. Wakefield and Pantera San Francisco Pure Trust Organization should not be adjudged in civil contempt for their failure to comply with the clear and definite orders of this Court, including but not limited to the Order Compelling Compliance with Subpoenas, issued October 29, 2008. The Court, having considered the documents filed in support of the Receiver Michael A. Grassmueck's Motion for Order to Show Cause re: Contempt, filed February 18, 2009 [Docket No. 19], and having heard the arguments of counsel at the hearing on May 19, 2009, HEREBY ORDERS:

1. Stephen L. Wakefield, on behalf of himself and of Pantera San Francisco Pure Trust Organization, to APPEAR at the deposition set for **June 18, 2009**;

2. Stephen L. Wakefield, to PRODUCE the documents referred to in the second set of subpoenas served on March 25, 2008, no later than **June 11, 2009**, unless the Court orders otherwise.

3. Stephen L. Wakefield and Pantera San Francisco Pure Trust Organization are ORDERED to pay the attorney's fees and costs as stated in the Order Compelling Compliance with Subpoenas, ordered by Magistrate Judge Zimmerman on October 29, 2008. The attorney's fees and costs shall be paid no later than **June 11, 2009**.

The Court FURTHER ORDERS the hearing on the Order to Show Cause CONTINUED to

**June 30, 2009, at 1:00 p.m.**, to consider the Receiver's request for civil contempt sanctions. If the Receiver and Stephen L. Wakefield and Pantera San Francisco Pure Trust Organization reach an agreement and resolve all outstanding issues before June 30, 2009, they may submit a stipulation and proposed order to the Court. Otherwise, the parties shall each SUBMIT a statement to the Court, no later than **June 24, 2009**, stating their respective positions on the issue of civil contempt sanctions and attorney's fees and costs.

IT IS SO ORDERED.

Dated: 5/21/09

SAUNDRA BROWN ARMSTRONG
United States District Judge