IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION

        Plaintiff(s),

    v.

GLOBAL ONLINE DIRECT, INC., et al.,
        Defendants.

No. C 08-80143 SBA

**ORDER**

Receiver Michael A. Grassmueck and non-party witness Stephen L. Wakefield appeared for an Order to Show Cause hearing on May 19, 2009. In the Court's Order Re: Show Cause, entered on May 21, 2009, the Court continued the hearing on the Order to Show Cause to June 30, 2009, at 1:00 p.m., to consider the Receiver's request for civil contempt sanctions. The Order to Show Cause Hearing, set for June 30, 2009, at 1:00 p.m. IS HEREBY CONTINUED to **July 7, 2009, at 1:00 p.m.**, due to the unavailability of the Court. All other dates set forth in Order of May 21, 2009, are unchanged.

    IT IS SO ORDERED.

Dated: 6/19/09

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge